IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSIE L. PEREZ, Individually, and as Next Friend of Jacqualyn Perez, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3206 |
| v. | ) ) | |
| | ) | AMENDED |
| DAVID P. VIENS II, and COVENANT TRANSPORT, INC., | ) ) ) | FINAL PROGRESSION ORDER |
| Defendants. | ) | |

IT IS ORDERED that the Joint Motion for Extension of Progression Schedule (filing no. 32) is granted. The Final Progression Order (filing no. 23) is amended as follows:

a.  The deadlines for disclosure of experts and, unless otherwise agreed, the deadlines for the provision of expert report is:

    By the plaintiffs:           June 15, 2010
    By the defendants:           July 15, 2010
    Plaintiffs' rebuttal expert(s):   July 30, 2010

b.  The discovery and deposition deadline is September 15, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

c.  The deadline for filing motions to dismiss, motions for summary judgment, or motions to exclude expert testimony on *Daubert* and related grounds is August 17, 2010.

d.  All other deadlines in the filing no. 23 progression order remain unchanged.

DATED this 24th day of May, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge