IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSIE L. PEREZ, Individually, and as Next Friend of, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3206 |
| v. | ) ) | |
| DAVID P. VIENS II, and COVENANT TRANSPORT, INC., | ) ) ) | AMENDED FINAL PROGRESSION ORDER |
| Defendants. | ) | |

IT IS ORDERED that the defendant's unopposed motion to extend the progression schedule (filing no. 36) is granted, and the progression order (filing no. 34) is amended as follows:

- a. The deadlines for disclosure of experts are extended and, unless otherwise agreed, the deadlines for the provision of expert report are:

    By the plaintiffs: September 13, 2010
    By the defendants: October 13, 2010
    Plaintiffs' rebuttal expert(s): October 28, 2010

- b. The discovery and deposition deadline is extended to December 14, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

- c. The deadline for filing motions to dismiss, motions for summary judgment, or motions to exclude expert testimony on *Daubert* and related grounds is November 15, 2010.

- d. The pretrial conference will be held before the undersigned magistrate judge in her chambers on January 6, 2010 at 10:00 a.m. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00

        p.m. on January 5, 2010, and the draft order shall conform to the requirements of the local rules.

e.      A jury trial is set to commence on January 24, 2011. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

DATED this 20th day of July, 2010.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge