IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSIE L. PEREZ, Individually, and as Next Friend of, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3206 |
| v. | ) ) | |
| DAVID P. VIENS II, and COVENANT TRANSPORT, INC., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) ) | |

At the court's request,

IT IS ORDERED:

1)      The Pretrial Conference is continued to January 13, 2011 at 11:00 a.m.

2)      The Pretrial Conference will be conducted by WebEx conferencing.  To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 20, 2010.

3)      An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

DATED this 1st day of December, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge