IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSIE L. PEREZ, Individually, and as Next Friend of, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3206 |
| v. | ) ) | AMENDED PROGRESSION ORDER |
| DAVID P. VIENS II, and COVENANT TRANSPORT, INC., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' Joint Motion for Continuance of Trial Setting (Filing 53), is granted, and

a.  The discovery and deposition deadline is extended to February 15, 2011.

b   A telephonic conference with the court will be held on March 1 at 10:00 a.m. to discuss the status of case progression, potential settlement, and consent to proceed before the undersigned magistrate judge. Counsel for plaintiff shall place the call.

c.  The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is March 15, 2011.

d.  The Pretrial Conference scheduled before the undersigned magistrate judge on April 20, 2011 at 10:00 a.m. will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 19, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

e.  A jury trial is set to commence on May 9, 2011. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

December 29, 2010.                                  BY THE COURT:
                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge