IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT LINCOLN, NEBRASKA

| | |
|---|---|
| JESSIE L. PEREZ, Individually, and as Next Friend of JACQUALYN PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID P. VIENS, II, and COVENANT TRANSPORT, INC., <br><br> Defendants. | Case No.: 4:09-cv-3206 <br><br><br><br> **ORDER** |

THIS MATTER, having come before this Court upon the Plaintiff's **MOTION FOR EXTENSION OF TIME WITHIN WHICH TO (A) FILE A MOTION *IN LIMINE* REGARDING DR. HORROCKS, AND (B) RESPOND TO DEFENDANTS' MOTIONS *IN LIMINE*** , the Court having reviewed said file and being otherwise fully advised in the premises,

HEREBY GRANTS the Motion. Plaintiff will have through and including May 23, 2011, in which to file his motion *in limine* regarding Dr. Horrocks, and to respond to Defendants' Motion *in Limine*

DONE this 9th day of May, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge