IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSIE L. PEREZ, individually, and as Next Friend of JACQUALYN PEREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID P. VEINS, II, and COVENANT TRANSPORT, INC.,<br><br>　　　　Defendants. | Case No. 4:09cv3206<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

THIS MATTER, having come before this Court upon the parties' Stipulation for Dismissal with Prejudice, (filing no. 147), the Court having reviewed said Stipulation and being otherwise fully advised in the premises,

HEREBY GRANTS the Stipulation for Dismissal with Prejudice. This matter should be and hereby is dismissed with prejudice. Each party is to pay their own costs and attorney fees.

Dated this 2nd day of December, 2011

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　United State Magistrate Judge